# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lawrence     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 25-1096-DLC
Search Warrant Case Number: 25-1097-DLC
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** JUAN ALEXIS RODRIGUEZ GARCIA    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** "John"

**Address:** (City & State)

**Birth date (Yr only):** 1989   **SSN (last4#):** _____   **Sex:** M   **Race:** H   **Nationality:** Dominican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Kunal Pasricha   **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes ☐ No   **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 04/02/2025

☑ Already in Federal Custody as of 04/02/2025 in ICE custody.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 04/14/2025    **Signature of AUSA:** /s/ Kunal Pasricha

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN ALEXIS RODRIGUEZ-GARCIA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl | 1 |
| Set 2 | 8 U.S.C. 1326 | Unlawful reentry | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013